UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

20-12604 BKMFR01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

In Re:

HAAKIM S. WILSON

Case No.: 20-13742-ABA

Chapter: 13

Judge: ANDREW B. ALTENBURG, JR

### NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Andrew Spivack will be substituted as attorney of record for Freedom Mortgage Corporation, Creditor, in this case.

Date: 01/27/2021

/s/ Nicole Savage
Signature of Former Attorney

Date: 01/27/2021

/s/ Andrew Spivack
Signature of Substituted Attorney

*rev.8/1/16*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

20-12604 BKMFR01
BROCK & SCOTT, PLLC
302 Fellowship Rd, Suite 130
Mount Laurel, NJ 08054
(844) 856-6646
Attorneys for Freedom Mortgage Corporation

In Re:

HAAKIM S. WILSON

Case No: 20-13742-ABA

Hearing Date: _____

Judge: ANDREW B. ALTENBURG, JR

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Dylan Shaw:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for BROCK & SCOTT, PLLC, who represents Freedom Mortgage Corporation in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On January 27, 2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

   NOTICE OF SUBSTITUTION OF ATTORNEY

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 27, 2021          /s/ *Dylan Shaw*
                                      Dylan Shaw

20-12604 BKMFR01

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| HAAKIM S. WILSON<br>1001 PLEASANT DR<br>MILLVILLE, NJ 08332-4579 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| ERIC CLAYMAN<br>412 WHITE HORSE PIKE<br>AUDUBON, NJ 08106 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Isabel C Balboa<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| US Dept of Justice<br>One Newark Center | Trustee | ☐ Hand-delivered |

20-12604 BKMFR01

| | | |
|---|---|---|
| Ste 2100<br>Newark, NJ 07102 | | ☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

20-12604 BKMFR01