Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 20-13742 (ABA)**

Haakim S. Wilson  
1001 Pleasant Drive  
Millville, NJ  08332

Monthly Payment: $555.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 05/06/2020 | $400.00 | 07/13/2020 | $800.00 | 08/18/2020 | $246.93 | 08/28/2020 | $246.93 |
| 09/15/2020 | $246.93 | 09/29/2020 | $246.93 | 10/14/2020 | $246.93 | 10/27/2020 | $256.16 |
| 11/10/2020 | $256.16 | 11/30/2020 | $256.16 | 12/08/2020 | $256.16 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | HAAKIM S. WILSON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $4,750.00 | $2,712.55 | $2,037.45 | $0.00 |
| 1 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $2,822.65 | $0.00 | $0.00 | $0.00 |
| 2 | DELANEY'S AUTO | 24 | $1,400.00 | $0.00 | $1,400.00 | $0.00 |
| 3 | FREEDOM MORTGAGE CORPORATION | 24 | $22,643.35 | $0.00 | $22,643.35 | $0.00 |
| 4 | ROUNDPOINT MORTGAGE SERVICING CORP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | SOUTH JERSEY GAS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | ERIC CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2020 | 4.00 | $0.00 |
| 08/01/2020 | Paid to Date | $1,446.93 |
| 09/01/2020 | 55.00 | $555.00 |
| 04/01/2025 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $3,459.29 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $469.28 |
| Arrearages: | $207.64 |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**